UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DARRYL LAMONT DAVIS ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | No. 3:09-cv-600 |
| ) | (PHILLIPS/GUYTON) |
| ) | |
| UNITED STATES OF AMERICA, et al. ) | |
| ) | |
| *Defendants*. ) | |

## JUDGMENT ORDER

For the reasons stated in the court's Memorandum and Order, the court **ORDERS** that this action is **DISMISSED** as frivolous and for failure to state a claim for relief. The court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

**ENTER:**

    s/ Thomas W. Phillips
United States District Judge

ENTERED AS A JUDGMENT
  s/ *Patricia L. McNutt*
    CLERK OF COURT